IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN W. MANNING
Reg #47026-079                                                           PLAINTIFF

v.                          No. 2:18-cv-95-DPM-JTR

S. MAYBERRY, Correctional Officer,
Forrest City Medium                                                      DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Manning's case was inadvertently docketed twice after its transfer. *See* E.D. Ark. No. 2:18-cv-92-DPM-JTK. The Court therefore directs the Clerk to administratively terminate this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 July 2018